**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6561

TARUN KUMAR VYAS,

> Plaintiff - Appellant,

v.

STEPHEN R. SOFINSKI; DEREK WHETZHEL; SHERON ASHBY; HEAD OF GUARDIAN AD LITEMS, VA; HEAD OF BLUE RIDGE LEGAL SERVICE,

> Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:23-cv-00075-EKD-JCH)

Submitted:  September 14, 2023                    Decided:  September 18, 2023

Before WILKINSON, GREGORY, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tarun Kumar Vyas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tarun Kumar Vyas appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(a)-(b).  We have reviewed the record and find no reversible error in the district court's finding that Defendants were not liable under § 1983 because they had not acted under color of state law, nor in its decision to decline to exercise supplemental jurisdiction over Vyas' state law claims.  Accordingly, we deny Vyas' motion for appointment of counsel and affirm the district court's order.  *Vyas v. Sofinski*, No. 7:23-cv-00075-EKD-JCH (W.D. Va. May 19, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*